EMARD, DANOFF, PORT & TAMULSKI, LLP
James J. Tamulski (State Bar #64880)
Cheryl A. Morris (State Bar #184541)
49 Stevenson Street, Suite 400
San Francisco, California 94105
Phone: (415) 227-9455
Fax:    (415) 227-4255

Attorneys for Plaintiff & Counterdefendant
NOVAMAR INTERNATIONAL S.C.A.R.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVAMAR INTERNATIONAL S.C.A.R.L.,<br><br>    Plaintiff & Counterdefendant<br><br>Vs.<br><br>NOBLE AMERICAS CORPORATION,<br><br>    Defendant & Counterclaimant. | IN ADMIRALTY<br><br>CASE NUMBER: C 03 2892 VRW<br><br>**STIPULATION FOR DISMISSAL AND RELEASE OF SECURITY/PROPOSED ORDER** |

      Plaintiff and Counterdefendant NOVAMAR INTERNATIONAL S.C.A.R.L. ("Novamar") and Defendant and Counterclaimant NOBLE AMERICAS CORPORATION, ("Noble") by and through their attorneys of record, show that the parties have resolved this matter to the satisfaction of all, and the settlement has been consummated. They therefore stipulate to: (1) dismissal of this action in its entirety with prejudice, each party

///

///

///

1.

STIPULATION RE DISMISSAL AND RELEASE OF SECURITY

1  to pay its own costs; and (2) release of the bond posted on June 24, 2003 by
2  defendant/counterclaimant NOBLE AMERICAS CORPORATION.

3  DATED:  May 31, 2005            EMARD DANOFF PORT & TAMULSKI, LLP

4                                  By: _____/s/_____
5                                      CHERYL A. MORRIS
                                       Attorneys for Plaintiff & Counterdefendant
6                                      NOVAMAR INTERNATIONAL S.C.A.R.L.

7

8  DATED:  May 31, 2005            SHEPPARD MULLIN RICHTER & HAMPTON LLP
9

10                                 By: _____/s/_____
                                       CHARLES S. DONOVAN
11                                     Attorneys for Defendant and Counterclaimant
                                       NOBLE AMERICAS CORP.
12

13
   **Certification of signatures**
14       I attest that the content of this document is acceptable to all persons above who
   were required to sign the document.
15

16
   DATED:  May 31, 2005            EMARD DANOFF PORT & TAMULSKI, LLP
17

18                                 By: _____/s/_____
                                       CHERYL A. MORRIS
19                                     Attorneys for Plaintiff & Counterdefendant
                                       NOVAMAR INTERNATIONAL S.C.A.R.L.
20

21

22

23

24

25

26

27

28

EMARD, DANOFF, PORT & TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

2.

STIPULATION RE DISMISSAL AND RELEASE OF SECURITY

[PROPOSED] ORDER

It is so ORDERED.

Dated: _____

```
                                    _____
                                    JOHN R. WALKER
                                    U.S. DISTRICT COURT JUDGE
```

*GRANTED — Judge Vaughn R Walker*

3.

STIPULATION RE DISMISSAL AND RELEASE OF SECURITY

EMARD, DANOFF, PORT & TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105